977 A.2d 1088

Francis J. NELSON, Jr., Petitioner

v.

Vincent L. JOHNSON, Kevin Gibson, Terry Pugh; Law Offices of Terry Pugh & Russell Moss, Russell Moss, Richald L. Cole, Respondents.

No. 82 EM 2009.

Supreme Court of Pennsylvania.

July 28, 2009.

## ORDER

PER CURIAM.

AND NOW, this 28th day of July, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

977 A.2d 1089

In re Assignment of Judge Tama Myers CLARK.

Petition of Court Administrator Zygmont A. Pines and the Honorable Pamela Pryor Dembe.

Supreme Court of Pennsylvania.

July 29, 2009.

## ORDER

PER CURIAM.

AND NOW, this 29th day of July, 2009, it is hereby ordered that the Emergency Petition for Issuance of Rule to Show Cause is dismissed as moot.